ANNA SARLAY, Appellant, *v.* PAUL ZABADAL et al., Respondents.

ALBERT SARLAY, Appellant, *v.* PAUL ZABADAL et al., Respondents.

(Argued April 18, 1934; decided May 22, 1934.)

*Theodore H. Cohen* for appellants.

*George H. Zator*, in person, for George H. Zator, respondent.

*Alexis Russin* for Paul Zabadel et al., respondents.

In each case, judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.